IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES MELTON | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-2633 |
| Defendants | : | |

**ORDER**

AND NOW, this 7th day of July, 2014, IT IS HEREBY ORDERED that defendants' motion for summary judgment (Dkt. 18) is GRANTED as to all counts in the complaint.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.