IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES MELTON | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHA, et al | : | NO. 13-2633 |

# **O R D E R**

**AND NOW, TO WIT:** this 1st day of March, 2017, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**BY THE COURT:**

  /s/David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
U.S. MAGISTRATE JUDGE